No. 78–6346.   PLEASANT v. WASHINGTON.   Ct. App. Wash. Certiorari denied.

No. 78–6353.   CYRUS v. INDIANA.   Sup. Ct. Ind.   Certiorari denied.

No. 78–6360.   GREEN v. MISSOURI BOARD OF PROBATION AND PAROLE.   C. A. 8th Cir.   Certiorari denied.

No. 78–6361.   CLOUDY v. SUPREME COURT OF INDIANA. C. A. 7th Cir.   Certiorari denied.

No. 78–6363.   HIGHTOWER v. JAGO, CORRECTIONAL SUPERINTENDENT.   C. A. 6th Cir.   Certiorari denied.

No. 78–6365.   MCMILLIAN v. TEXAS.   Ct. Crim. App. Tex. Certiorari denied.

No. 78–6366.   CLOUDY v. COURT OF APPEALS OF INDIANA. C. A. 7th Cir.   Certiorari denied.

No. 78–6372.   GINGRAS v. MASON ET AL.   C. A. 1st Cir. Certiorari denied.

No. 78–6404.   GOODWYN v. DELUCA, U. S. ATTORNEY, ET AL. C. A. 3d Cir.   Certiorari denied.

No. 78–6408.   CARTER v. ROBERTSON.   C. A. 5th Cir.   Certiorari denied.

No. 78–6419.   VAUGHN v. NORTH CAROLINA.   Sup. Ct. N. C.   Certiorari denied.